[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

————————————

No. 23-11743

Non-Argument Calendar

————————————

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

KEEO MILLER,

Defendant-Appellant.

————————————

Appeal from the United States District Court
for the Southern District of Georgia
D.C. Docket No. 4:18-cr-00169-LGW-CLR-1

————————————

Before ROSENBAUM, NEWSOM, and BRASHER, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, *sua sponte*, as duplicative of appeal no. 20-10194.  Keeo Miller again appeals his final criminal judgment, but we already affirmed that judgment in January 2023.  *See United States v. Arlt*, 567 F.2d 1295, 1297 (5th Cir. 1978) (providing that an appellant "is not entitled to two appeals" from the same order or judgment).  Although Miller apparently now wishes to challenge his sentence, which he did not do in his original appeal, he was required to "raise all claims of error in a single appeal following final judgment on the merits."  *See Firestone Tire & Rubber Co. v. Risjord*, 449 U.S. 368, 374 (1981); *see also United States v. Curry*, 760 F.2d 1079, 1079 (11th Cir. 1985) ("In a criminal case the final judgment means the sentence.  The sentence is the judgment.").

No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.